IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNETH MANDRELL**,

**Plaintiff,**

**v.**

**WAL-MART STORES, INC.,**
**d/b/a WAL-MART.**

**Defendant.**                                              No. 10-0159-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On February 26, 2010, Defendant, Wal-Mart Stores, Inc., removed the case to this Court based on diversity jurisdiction (Doc. 3) and on March 1, 2010, attorney Daniel L. Bradley entered an appearance on behalf of Wal-Mart (Doc. 4). The record reflects that Wal-Mart has not filed the required **FEDERAL RULE OF CIVIL PROCEDURE 7.1** disclosure statement. Thus, Court **ORDERS** Wal-Mart to file its disclosure statement on or before March 23, 2010.

**IT IS SO ORDERED.**

Signed this 9th day of March, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**