IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNETH MANDRELL**,

**Plaintiff,**

v.

**WAL-MART STORES, INC.,**
**d/b/a WAL-MART.**

**Defendant.**                                         No. 10-0159-DRH

## ORDER

**HERNDON, Chief Judge:**

Today, the parties filed a stipulation for dismissal with prejudice (Doc. 26). Pursuant to the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of April, 2011.

Digitally signed by
David R. Herndon
Date: 2011.04.19
14:04:07 -05'00'

**Chief Judge**
**United States District Court**