IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNETH MANDRELL**,

**Plaintiff,**

v.

**WAL-MART STORES, INC.,**
d/b/a WAL-MART.

**Defendant.**  No. 10-CV-0159-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 19, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY: **/s/*Sandy Pannier***
Deputy Clerk

Dated: April 19, 2011

Digitally signed by David R. Herndon
Date: 2011.04.19 14:05:56 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT